MARCH 23, 1950

No. 54142.—Page N. Goffigon v. United States, protest 142614–K.–—C. D. 1212. Plaintiff's application for rehearing granted.

MARCH 23, 1950

No. 54143.—SUIT 4609.—Waitt & Bond, Inc. v. United States.——C. D. 1113 reversed December 12, 1949. C. A. D. 421.

BEFORE THE FIRST DIVISION, MARCH 28, 1950

No. 54144.—Ames Co., Inc., and Miles Laboratories, Inc. v. United States, protests 152233–K and 149314–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of ox gall and sheep gall the same in all material respects to the substance passed upon in G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 54145.—Armour & Company v. United States, protest 153984–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.